RUVALL ORCHESTRA CORPORATION, Appellant, *v.* RUDY VALLEE et al., Respondents.

Argued January 19, 1940; decided February 27, 1940.

*Lester Lyons, Mortimer Hays* and *David L. Podell* for appellant.

*Samuel Gottlieb* and *Hyman Bushel* for Rudy Vallee, respondent.

*Bruce Bromley* and *Albert R. Connelly* for National Broadcasting Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.